UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __1:22mj02184 Becerra__

UNITED STATES OF AMERICA

vs.

CRISTHIAN JOSE VILLAVICENCIO,

    **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   _/s/ Eduardo Gardea_
     EDUARDO GARDEA, JR.
     Assistant United States Attorney
     Court ID No. A5502663
     99 NE 4th Street, 6th Floor
     Miami, Florida 33132
     Tel: (305) 961-9339
     eduardo.gardea.jr@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint  AUSA  GARDEA

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CRISTHIAN JOSE VILLAVICENCIO,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:22mj02184 Becerra

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 3, 2022, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, CRISTHIAN JOSE VILLAVICENCIO, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551") and Social Security card, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about February 3, 2022, the defendant, CRISTHIAN JOSE VILLAVICENCIO, arrived at Miami International Airport aboard Taca Airlines Flight #396 from Managua, Nicaragua. At CBP primary, the defendant presented a Nicaraguan passport and U.S. visa to CBP for an examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant's luggage and person, CBP officers discovered a counterfeit I-551 card and social security card in his wallet. The I-551 card bore the defendant's photograph and his biographical information but the name "R.M."  The social security card also bore the name of "R.M." A records check of the I-551 card number revealed that the number belonged to another individual, who is not the defendant or "R.M.," who is a legal permanent resident of the United States. The social security card number likewise belonged to another individual, who is not the defendant or "R.M.," a naturalized United States citizen residing in Texas. During a secondary interview, the defendant admitted that he has never been a Citizen or a Legal Permanent Resident of the United States. The defendant also admitted that although the I-551 card bore his photograph, he knew that the name "R.M." was a fictitious name. The defendant stated that a friend gave him the counterfeit documents so that he could work. The defendant, however, claimed, that he did not intend to use the documents because he knew he could not legally work in the United States. Instead, the defendant claimed that that he only kept them "just as a memory."

JESUS R. CORREA, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

FEBRUARY 4, 2022        at        Miami, Florida
Date                                City and State

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer